UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN AGUILAR RANGEL,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | No.  1:26-cv-00084-DAD-CSK<br><br><br>ORDER RELATING, REASSIGNING, AND CONSOLIDATING CASES |
| VALENTIN AGUILAR RANGEL,<br><br>Petitioner,<br><br>v.<br><br>U.S. GENERAL ATTORNEY,<br><br>Respondent. | No.  1:26-cv-03821-DAD-SCR |

An examination of the above-captioned actions reveals that the higher-numbered action is one in which the petitioner now asserts that the bond hearing provided to him pursuant to this court's order in the lower-numbered action was deficient.  No. 1:26-cv-03821-DAD-SCR, Doc. No. 1 at 5–6.  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher

1

numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 1:26-cv-03821-DAD-SCR shall be reassigned to the undersigned and Magistrate Judge Chi Soo Kim. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-03821-DAD-CSK. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to consolidate these cases.

Accordingly,

1. The above-referenced cases shall be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

2. The Clerk of the Court is directed to file this order in each of the above-referenced cases; and

/////
/////
/////
/////
/////
/////
/////
/////

3.    Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number.  Future captions should indicate the lead case number followed by the member case number as follows:

**Lead Case:**        **1:26-cv-00084-DAD-CSK**

**Member Case:**        **1:26-cv-03821-DAD-CSK**

IT IS SO ORDERED.

Dated:   **May 21, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3